UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VAN JENKINS,

    Petitioner,

v.    Case No. 11-10424

LINDA TRIBLEY,

    Respondent.
                              /

## JUDGMENT

In accordance with the court's "Opinion and Order Denying Petition for Writ of Habeas Corpus, Denying Petitioner's Motion for an Injunction, and Denying a Certificate of Appealability" dated January 27, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Linda Tribley and against Petitioner Van Jenkins. Dated at Detroit, Michigan, this 27th day of July 2014.

                                                DAVID J. WEAVER
                                                CLERK OF THE COURT

                                                S/ Lisa Wagner
                                        By: Lisa Wagner, Case Manager
                                          to Judge Robert H. Cleland